RICHARD W. RELYEA, WSBA No. 9491
WINSTON & CASHATT
601 W. Riverside, Ste. 1900
Spokane, Washington 99201
Telephone: (509) 838-6131
Facsimile: (509) 838-1416

Attorneys for Snap-on Tools Company LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS MERFELD, a single person; and C. RAYMOND EBERLE as Guardian Ad Litem for minor children, J.L.M., R.L.M., and N.M.M.,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANK ROBERTO and JANE DOE ROBERTO, husband and wife, individually and the marital community composed thereof d/b/a SNAP-ON; and SNAP-ON TOOLS COMPANY LLC, a Delaware limited liability company; and ABC CORPORATIONS, 1 through 5, foreign corporations inclusive and all predecessors and successors of "ABC" CORPORATIONS, 1 through 5, foreign corporations inclusive and all | No. CV-04-491-LRS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

ORDER OF DISMISSAL WITH PREJUDICE
Page 1

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

| | |
|---|---|
| 1 | predecessors and successors of "ABC" CORPORATIONS, 1 through 5 inclusive, statutory or otherwise including trustees of dissolved corporation; and "DEF" LIMITED LIABILITY COMPANIES, 1 through 5, foreign limited liability companies inclusive and all predecessors and successors of "DEF" LIMITED LIABILITY COMPANIES, 1 through 5 inclusive, statutory or otherwise including trustees of dissolved limited liability company; and "GHI" GENERAL PARTNERSHIPS, 1 through 5; and "JOHN DOE" CORPORATIONS, Washington Corporations, 1 through 10 inclusive and all predecessors and successors of "JOHN DOE" CORPORATION, 1 through 10 inclusive, statutory or otherwise including trustees of dissolved corporation; and "JOHN DOE" individuals, 1 through 10, |
| 17 | Defendants. |

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that this case and all the claims and causes of action herein, including all claims and causes of action of the adult and minor plaintiffs be and the same are hereby DISMISSED WITH PREJUDICE and without costs to any party herein.

ORDER OF DISMISSAL WITH PREJUDICE
Page 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

The Clerk of this Court shall enter this Order, enter judgment of dismissal with prejudice as provided herein, and forward copies to counsel.

DATED this __5th__ day of __July__, 2006.

                s/Lonny R. Suko
                United States District JUDGE

Presented by:

_____
RICHARD W. RELYEA, WSBA No. 9491
WINSTON & CASHATT
Attorneys for Snap-on Incorporated

Approved as to form:

_____
LLOYD A. HERMAN, WSBA No._____
Attorneys for Plaintiffs Thomas Merfeld, Jerry Leon Merfeld, R.L. Merfeld and N.M. Merfeld

_____
C. RAYMOND EBERLE, WSBA No. 3292
Attorney at Law and Guardian Ad Litem for the Minor Plaintiffs R.L. Merfeld and N.M. Merfeld

ORDER OF DISMISSAL WITH PREJUDICE
Page 3

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

1
2  _____
3  CHRIS KERLEY, WSBA No. _16489_
   KEEFE, KING & BOWMAN, P.S.
4  Attorneys for defendants Roberto
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER OF DISMISSAL WITH PREJUDICE
Page 4

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131